

ELECTRONICALLY FILED
6/21/2016 5:45 PM
05-CV-2016-900668.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| **MARTHA AMACKER,** | * |
| **Plaintiff,** | * |
| | * |
| **vs.** | * |
| | * |
| | * |
| **WINN-DIXIE STORES, INC., WINN-DIXIE** | * |
| **MONTGOMERY, LLC, BRIAN HABER and** | * |

**CIVIL ACTION NO:**
**CV-2016-_____**

**1-20,** the person, firm, business, corporation or entity who owned and/or controlled the premises where the injury occurred; **21-40,** the person, firm, business corporation or entity who caused injury to the Plaintiff as set forth herein below; **41-60,** the person, firm or corporation who was the employer, master, and/or principal of the person who caused injury to the Plaintiff at the times and places made the basis of their suit as set forth herein below; **61-80,** the person, firm, business, corporation or entity who designed the premises where the injury occurred, and structures on the premises where the injury occurred; **81-100,** the person, firm, business, corporation or entity who had a duty to supervise the Plaintiff at the time that the injury occurred; **101-120,** the person, firm, business, corporation or entity who constructed the premises where the injury occurred, and structures on the premises where the injury occurred; **121-140,** the person, firm, business, corporation or entity who maintained the premises where the injury occurred, and structures on the premises where the injury occurred; **141-160,** being the person, firm, corporation or other legal entity whose wrongful conduct caused or contributed to the Plaintiff's injuries and damages which are the subject of the present litigation; all of whose true names and identities are otherwise unknown to the Plaintiff at their time but will be added by amendment as soon as same are ascertained, individually and jointly.

**Defendants,**

1



EXHIBIT
A

## COMPLAINT

COMES NOW the Plaintiff, **MARTHA AMACKER**, and alleges against the Defendants, **WINN-DIXIE STORES, INC, WINN-DIXIE MONTGOMERY, LLC, BRIAN HABER, and 1-160,** as follows:

1.      Plaintiff, **MARTHA AMACKER,** is an adult resident of Baldwin County, Alabama.

2.      Defendant, **WINN-DIXIE STORES, INC,** is a foreign corporation licensed to do business in Baldwin County, Alabama.

3.      Defendant, **WINN-DIXIE MONTGOMERY, LLC,** is a foreign corporation licensed to do business in Baldwin County, Alabama.

4.      On information and belief, Defendant, **BRIAN HABER,** was the store manager of Winn-Dixie store number 599 on or about June 21, 2014 and is a resident of Baldwin County, Alabama.

5.      Defendants, **1-20,** is the person, firm, business, corporation or entity who owned and/or controlled the premises where the injury occurred; **21-40,** is the person, firm, business corporation or entity who caused injury to the Plaintiff as set forth herein below; **41-60,** is the person, firm or corporation who was the employer, master, and/or principal of the person who caused injury to the Plaintiff at the times and places made the basis of their suit as set forth herein below; **61-80,** is the person, firm, business, corporation or entity who designed the premises where the injury occurred, and structures on the premises where the injury occurred; **81-100,** is the person, firm, business, corporation or entity who had a duty to supervise the Plaintiff at the

2

time that the injury occurred; **101-120**, is the person, firm, business, corporation or entity who constructed the premises where the injury occurred, and structures on the premises where the injury occurred; **121-140**, is the person, firm, business, corporation or entity who maintained the premises where the injury occurred, and structures on the premises where the injury occurred; **141-160**, is the person, firm, corporation or other legal entity whose wrongful conduct caused or contributed to the Plaintiff's injuries and damages which are the subject of the present litigation; all of whose true names and identities are otherwise unknown to the Plaintiff at their time but will be added by amendment as soon as same are ascertained, individually and jointly.

## FIRST CAUSE OF ACTION

Plaintiff, **MARTHA AMACKER**, alleges against the Defendants, **WINN-DIXIE STORES, INC, WINN-DIXIE MONTGOMERY, LLC, BRIAN HABER, and 1-160** as follows:

6.      On or about June 21, 2014, Plaintiff, **MARTHA AMACKER**, was on the premises of **WINN-DIXIE STORE 599**, which is located in Baldwin County, Alabama at 187 Baldwin Square, Fairhope, Alabama 36532. At all times material to their lawsuit, Plaintiff was a business invitee.

7.  As Plaintiff was inside the store, she was unable to detect a liquid substance on the floor that caused her to slip thereby causing her injuries.

8.  Plaintiff alleges that her injuries and damages were caused as a proximate result of one or more of the following negligent acts or omissions of the Defendants:

(a.)      Negligently creating a hazardous condition;

3

(b.)   Negligently supervising the Plaintiff;

(c)   Negligently causing or allowing a dangerous condition to exist on the premises of said store;

(d.)   Negligently failing to warn Plaintiff of the dangerous conditions existing upon said premises;

(e.)   Negligently allowing Plaintiff and other business invitees to use an unsafe area where dangerous conditions existed without warnings;

(f.)   Negligently failing to monitor said premises for dangerous conditions;

(g.)   Negligently failing to properly maintain said premises in a safe manner for Plaintiff and other customers;

(h.)   Negligently failing to warn Plaintiff of dangerous conditions and/or failure to timely remove or cleanup said dangerous condition;

(i.)   Negligently failing to discover and eliminate hazards and/or unsafe conditions when the Defendants knew or in the exercise of reasonable care should have unknown that the conditions present potential hazards to the Plaintiff and other business invitee;

(j.)   Negligently failing to adequately supervise and/or train its agents and/or employees to carry out its business and to follow its rules, regulations, policies and/or procedures; and

(k.)   Negligently failing to use due care under the circumstances.

9.   Plaintiff alleges Defendants knew or in the exercise of reasonable care should have known of the existence of the dangerous condition on Defendants premises which caused Plaintiff's injuries.

10. At all times relevant to the issues made the basis of this suit, Defendant, **BRIAN HABER**, was acting within the line and scope of his employment as agent, servant or employee of the Defendants, **WINN-DIXIE STORES, INC, WINN-DIXIE MONTGOMERY, LLC and 1-160**

4

11.    As a result of the negligence of the Defendants, Plaintiff, **MARTHA AMACKER,** suffered the following injuries and damages: she was injured in and about various portions of her body, including, but not limited to, the wrist, elbow, knee and back; she was caused to suffer physical pain and mental anguish, still so suffers and will so suffer in the future; she was caused to incur and will incur in the future doctor bills, hospital bills, and other medical expenses in and about the care and treatment of her injuries; and she was permanently injured.

WHEREFORE, Plaintiff, **MARTHA AMACKER,** demands judgment against the Defendants, **WINN-DIXIE STORES, INC., WINN-DIXIE MONTGOMERY, LLC, BRIAN HABER, and 1-160,** for general compensatory and punitive damages in excess of the jurisdictional limits of this Court, plus interest and costs.

## SECOND CAUSE OF ACTION

Plaintiff, **MARTHA AMACKER,** alleges against the Defendants, **WINN-DIXIE STORES, INC., WINN-DIXIE MONTGOMERY, LLC, BRIAN HABER, and 1-160** as follows:

12.    Plaintiff realleges and incorporates all of the allegations contained in the First Cause of Action as if fully set out herein.

13.    On or about June 21, 2014, Plaintiff, **MARTHA AMACKER,** was on the premises of **WINN-DIXIE STORE 599,** which is located in Baldwin County, Alabama at 187 Baldwin Square, Fairhope, Alabama 36532.

14.    As Plaintiff was inside the store, she was unable to detect a liquid substance on the floor, causing her to fall, thereby causing her injuries.

15.     Plaintiff alleges that her injuries and damages were caused as a proximate result

5

of one or more of the following wanton acts or omissions of the Defendants:

(a.)     Wantonly creating a hazardous condition;

(b.)     Wantonly supervising the Plaintiff;

(c)      Wantonly causing or allowing a dangerous condition to exist on the premises of said store;

(d.)     Wantonly failing to warn Plaintiff of the dangerous conditions existing upon said premises;

(e.)     Wantonly allowing Plaintiff and other business invitees to use an unsafe area where dangerous conditions existed without warnings;

(f.)     Wantonly failing to monitor said premises for dangerous conditions;

(g.)     Wantonly failing to properly maintain said premises in a safe manner for Plaintiff and other customers;

(h.)     Wantonly failing to warn Plaintiff of dangerous conditions and/or failure to timely remove or cleanup said dangerous condition;

(i.)     Wantonly failing to discover and eliminate hazards and/or unsafe conditions when the Defendants knew or in the exercise of reasonable care should have unknown that the conditions present potential hazards to the Plaintiff and other business invitees;

(j.)     Wantonly failing to adequately supervise and/or train its agents and/or employees to carry out its business and to follow its rules, regulations, policies and/or procedures; and

(k.)     Wantonly failing to use due care under the circumstances.

16.   Plaintiff alleges Defendants knew or in the exercise of reasonable care should have known of the existence of the dangerous condition on Defendants' premises which caused Plaintiff's injuries.

17.     At all times relevant to the issues made the basis of this suit, on information and belief Defendant, **Brian Haber** was acting within the line and scope of his employment as agent,

6

servant or employee of the Defendants, **WINN-DIXIE STORES, INC, WINN-DIXIE MONTGOMERY, LLC, BRIAN HABER, and 1-160**

18.     As a result of the wantonness of the Defendants, Plaintiff, **MARTHA AMACKER,** suffered the following injuries and damages: she was injured in and about various portions of her body, including, but not limited to, the wrist, elbow, knee and back; she was caused to suffer physical pain and mental anguish, still so suffers and will so suffer in the future; she was caused to incur and will incur in the future doctor bills, hospital bills, and other medical expenses in and about the care and treatment of her injuries; and she was permanently injured.

WHEREFORE, Plaintiff, **MARTHA AMACKER,** demands judgment against the Defendants, **WINN-DIXIE STORES, INC, WINN-DIXIE MONTGOMERY, LLC, BRIAN HABER, and 1-160,** for general compensatory and punitive damages in excess of the jurisdictional limits of their Court plus interest and costs.


## PLAINTIFFS RESPECTFULLY DEMAND TRIAL BY JURY

Respectfully submitted,

DEAN WAITE & ASSOCIATES, LLC
Attorney for Plaintiffs


*s/P. DEAN WAITE, JR.*
P. DEAN WAITE, JR. (WAI010)
412 Dauphin Street, Suite BB
Mobile, AL 36602
(251) 265-1000
dean@deanwaite.com

**PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED AS FOLLOWS:**

WINN-DIXIE STORES, INC
CSC Lawyers Incorporating Service, Inc
150 South Perry Street
Montgomery, Alabama 36104

WINN-DIXIE MONTGOMERY, LLC
CSC Lawyers Incorporating Service, Inc
150 South Perry Street
Montgomery, Alabama 36104


BRIAN HABER- Manager
WINN-DIXIE STORE # 559
1235 S McKenzie St
Foley, AL 36535



FIRST-CLASS MAIL™

neopost
06/23/2016
US POSTAGE **$006.88**

ZIP 36507
041M12251015

CERTIFIED MAIL®

7015 3010 0001 4422 2664

JODY WISE CAMPBELL
BALDWIN COUNTY CIRCUIT CLERK
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, ALABAMA 36507

36104-422750



**AlaFile E-Notice**

05-CV-2016-900668.00

To: WINN DIXIE MONTGOMERY, LLC.
150 SOUTH PERRY STREET
MOBILE, AL 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MARTHA AMACKER V. WINN DIXIE STORES, INC. ET AL
05-CV-2016-900668.00

The following complaint was FILED on 6/21/2016 5:45:17 PM

Notice Date:     6/21/2016 5:45:17 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.campbell@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>05-CV-2016-900668.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY**

**MARTHA AMACKER V. WINN DIXIE STORES, INC. ET AL** COPY

**NOTICE TO**  WINN DIXIE MONTGOMERY, LLC., 150 SOUTH PERRY STREET, MOBILE, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY P. DEAN WAITE, JR. JR

WHOSE ADDRESS IS 412 Dauphin Street, Suite BB, MOBILE, AL 36602

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    MARTHA AMACKER

pursuant to the Alabama Rules of the Civil Procedure

Date  6/21/2016 5:45:17 PM    /s/ JODY WISE CAMPBELL

Clerk/Register

312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

| ☑ Certified Mail is hereby requested | /s/ P. DEAN WAITE, JR. JR |
|---|---|
| | Plaintiff's/Attorney's Signature |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                      (Date)

Date

Server's Signature

Address of Server

Type of Server

Server's Printed Name

Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>**05-CV-201**<br>Date of Filing:<br>06/21/2016 | ELECTRONICALLY FILED<br>6/21/2016 5:45 PM<br>05-CV-2016-900668.00<br>CIRCUIT COURT OF<br>BALDWIN COUNTY, ALABAMA<br>JODY WISE CAMPBELL, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF BALDWIN COUNTY, ALABAMA
### MARTHA AMACKER v. WINN DIXIE STORES, INC. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP-Contempt of Court
- ☐ CONT-Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD-Eviction Appeal/Unlawfyul Detainer
- ☐ FORJ-Foreign Judgment
- ☐ FORF-Fruits of Crime Forfeiture
- ☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB-Protection From Abuse
- ☐ FELA-Railroad/Seaman (FELA)
- ☐ RPRO-Real Property
- ☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP-Workers' Compensation
- ☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER

R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT _____

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ Yes  ☐ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   WAI010    6/21/2016 5:45:16 PM    /s/ P. DEAN WAITE, JR. JR

**MEDIATION REQUESTED:**   ☑ Yes  ☐ No  ☐ Undecided